UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 8, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

ALEJANDRO PEREZ

        Defendant.

Case No. 2:26-cr-00045-TLN-3

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEJANDRO PEREZ ,

Case No.  2:26-cr-00045-TLN-3 , 21 USC § 846, 841(a)(1), from custody

        Release on Personal Recognizance

        Bail Posted in the Sum of $ $ _____

           Unsecured Appearance Bond $ $ _____

           Appearance Bond with 10% Deposit

    X    Appearance Bond with Surety

           Corporate Surety Bail Bond

           (Other):_

Sacramento County Jail is further ORDERED to release the defendant with a

30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on May 8, 2026 at 2:00 PM

By: _____

Magistrate Judge Chi Soo Kim