CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Alejandro Perez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO PEREZ,<br><br>Defendant. | Case No.: 2:26-cr-045 TLN-3<br><br>STIPULATION AND ORDER FOR MODIFICATION OF DEFENDANT'S PRETRIAL RELEASE CONDITIONS<br><br>JUDGE: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Charles Campbell, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Alejandro Perez, that Defendant's current pretrial release conditions be modified.

On March 31, 2026, a detention hearing was held as to Mr. Perez before the Hon. Carolyn K. Delaney.  At that time, defense counsel submitted on the issue of detention and the court ordered Mr. Perez detained.

On April 24, 2026, a bail review hearing was held before the Hon. Jeremy D. Peterson, at which time the Court ordered Mr. Perez released on bond secured by the available equity in the properties at:

//

- 1 -

1.  658 Juniper Avenue, Atwater, CA, owned by Mr. Perez's sisters Elizabeth and Veronica Felguerez Perez,

2.  3700 Stauss Avenue, Oroville, CA, owned by Mr. Perez's brother, Jose Felguerez Perez, and

3.  835 East 23rd Street, Merced, CA, owned by Mr. Perez's brother, Oscar Gonzalez Villalobos.

All properties were posted with the court on May 8, 2026.

Mr. Perez reported to Pretrial Services on May 11, 2026, for the installation of location monitoring equipment.

On May 13, 2026, the parties were contacted by Pretrial Services recommending that a curfew would be more appropriate instead of location monitoring.

The parties request that the current condition for Home Detention, which states:

> You must remain inside your residence at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other essential activities pre-approved by the pretrial services officer. Essential activities include haircuts, DMV appointments, banking needs, or other activities that cannot be completed by another person on your behalf,

be replaced with the following condition:

> **CURFEW**: You must remain inside your residence every day from **8:00 PM to 6:00 AM**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

DATED:        May 15, 2026                    Respectfully submitted,


                                              /S/      Clemente M. Jiménez
                                              CLEMENTE M. JIMÉNEZ
                                              Attorney for Alejandro Perez


                                              /S/      Charles Campbell
                                              ERIC GRANT
                                              by CHARLES CAMPBELL
                                              Attorney for Plaintiff

I agree to the proposed modification.

DATED:        May 15, 2026                    /s/
                                              Elizabeth Felguerez Perez

DATED:        May 15, 2026                    /s/
                                              Veronica Felguerez Perez

DATED:        May 15, 2026                    /s/
                                              Jose Felguerez Perez

DATED:        May 15, 2026                    /s/
                                              Oscar Gonzalez Villalobos

**ORDER**

IT IS SO ORDERED, that Defendant Alejandro Perez' Pretrial Release conditions be modified as requested by the parties.


Dated:  May 19, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE