CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Alejandro Perez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO PEREZ, et al.,<br><br>Defendants. | CR. No.: 2:26-cr-045 TLN<br><br>DEFENDANT ALEJANDRO PEREZ'S WAIVER OF PERSONAL APPEARANCE; ORDER |

Defendant, Alejandro Perez, hereby waives his right to be personally present in open court for the hearing of any status conference, motion, or other proceeding in this case, except that she will agree to be personally present for any plea, sentencing, or jury trial, and he agrees to be personally present in court when so ordered.

Mr. Perez hereby requests the Court to proceed during any absence that the Court may permit pursuant to this waiver. Defendant agrees that his interests will be deemed represented at all times by the presence of his attorney or designee, the same as if defendant were personally present. Defendant further agrees to be present in court ready for trial on any date set by the court in Defendant's absence.

Mr. Perez lives in Crow's Landing, California, nearly two hours away from Sacramento. The cost of travel and loss of work to attend court proceedings would be unduly burdensome.

Mr. Perez further acknowledges that he has been informed of her rights under Title 18 U.S.C. 3161-3174 of the Speedy Trial Act and authorizes her counsel to set times and delays under the Act without his being present.

DATED: October 15, 2026

I consent to the above waiver of personal appearance.

/s/ Alejandro Perez
ALEJANDRO PEREZ

DATED: October 15, 2026

I agree to the above waiver of personal appearance.

CLEMENTE M. JIMÉNEZ

DATED: October 15, 2026

I approve the above waiver of personal appearance.

Hon. Troy L. Nunley
Chief United States District Judge